RICHARD R. PATCH (State Bar No. 88049)
TIMOTHY P. CRUDO (State Bar No. 143835)
CHARMAINE G. YU (State Bar No. 220579)
MARCIA VALADEZ VALENTE (State Bar No. 321852)
RACHEL ROSE SUHR (State Bar No. 323531)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com
ef-tpc@cpdb.com
ef-cgy@cpdb.com
ef-mvv@cpdb.com
ef-rrs@cpdb.com

Attorneys for Defendants
DRAFTKINGS INC. and GUS III LLC

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

RICARDO ANDRIO, individually, and on behalf of others similarly situated,

Plaintiff,

v.

DRAFTKINGS, INC. and GUS III, LLC d/b/a DRAFTKINGS PREDICTIONS,

Defendants.

Case No. 8:26-cv-02199-DOC-KES

**STIPULATION TO TRANSFER VENUE AND TO STAY PROCEEDINGS**

*Filed concurrently with Proposed Order*

Plaintiff Ricardo Andrio ("Plaintiff") and Defendants DraftKings Inc. and GUS III LLC d/b/a DraftKings Predictions ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff's Complaint was filed on August 13, 2026;

WHEREAS, Defendants responses to the Complaint are currently due on October 26, 2016;

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

WHEREAS, the Parties agree that this dispute, at least as between the Parties, is not subject to arbitration;

WHEREAS, the Parties agree that the applicable forum selection provision designates the "courts of competent jurisdiction sitting within Boston, Massachusetts" as the exclusive venue for this action;

WHEREAS, the Parties therefore agree that the proper venue for this action is the United States District Court for the District of Massachusetts, pursuant to Federal Rules of Civil Procedure 1404(a) and 1406(a);

WHEREAS, the Parties agree that all responsive pleading, discovery, and any other currently pending or applicable deadlines in this action should be stayed, pending scheduling by the judge of the District of Massachusetts to which this action will be assigned, or as otherwise imposed by rule applicable in that court, once the transfer has been accomplished;

NOW THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree, and, good cause showing, respectfully request pursuant to Local Rule 7-1, that:

1. This action shall be transferred to the United States District Court for the District of Massachusetts.

2. All currently pending deadlines in this action shall be stayed, pending transfer to the District of Massachusetts.

**IT IS SO STIPULATED.**

DATED: October 12, 2026 COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Charmaine G. Yu*
CHARMAINE G. YU
Attorneys for Defendants
DRAFTKINGS INC. and GUS III LLC

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

DATED: October 12, 2026 REESE LLP

By: */s/ Michael R. Reese*
MICHAEL R. REESE
Attorneys for Plaintiff RICARDO ANDRIO, individually and on behalf of all others similarly situated

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

DATED: October 12, 2026 */s/ Charmaine G. Yu*
Charmaine G. Yu